# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEDESCHI AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:14-cv-00351-MPS |
| | ) | |
| v. | ) | |
| | ) | |
| AGRI SYSTEMS, INC. d/b/a | ) | |
| ASI INDUSTRIAL, | ) | |
| | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEIDOS CONSTRUCTORS, LLC f/k/a | ) | |
| SAIC CONSTRUCTORS, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | JULY 2, 2014 |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Bedeschi America, Inc. ("Bedeschi") respectfully submits the following Corporate Disclosure Statement in accordance with Rule 7.1 of the *Federal Rules of Civil Procedure*:

1.  Bedeschi is a Florida corporation that maintains its principal place of business in Deerfield Beach, Florida.  Bedeschi is a wholly-owned subsidiary of Bedeschi S.p.A.

2.  Bedeschi S.p.A. is not a publicly held corporation.

Respectfully submitted,

PLAINTIFF
BEDESCHI AMERICA, INC.

By: /s/  Frank A. Sherer III
    David E. Rosengren (ct05629)
    Frank A. Sherer III (ct27149)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    One State Street, 14th Floor
    Hartford, CT  06103-3102
    drosengren@mdmc-law.com
    fsherer@mdmc-law.com
    Tel    (860) 522-5175
    Fax   (860) 522-2796

By: /s/  Marcus M. Maples
    Marcus M. Maples (*phv*)
    Sirote & Permutt, PC
    2311 Highland Avenue South
    Birmingham, AL  35205-2972
    mmaples@sirote.com
    Tel    (205) 930-5100
    Fax   (205) 930-5101

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/    Frank A. Sherer III
           Frank A. Sherer III