UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEDESCHI AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:14-cv-00351-MPS |
| | ) | |
| v. | ) | |
| | ) | |
| AGRI SYSTEMS, INC. d/b/a | ) | |
| ASI INDUSTRIAL, | ) | |
| | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEIDOS CONSTRUCTORS, LLC f/k/a | ) | |
| SAIC CONSTRUCTORS, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | JULY 11, 2014 |

**JOINT WRITTEN STATEMENT IN RESPONSE TO**
**COURT'S ORDER DATED JUNE 18, 2014 REGARDING 26(f) REPORT**

In accordance with the Court's 26(f) Notice dated June 18, 2014 [electronic docket entry no. 24], the parties hereby submit this written statement explaining why sanctions should not be imposed for the parties' failure to comply with D. Conn. L. Civ. R. 26(f). The undersigned counsel of record respectfully represent the following in support of their request that the Court not issue sanctions:

1.  The undersigned counsel for the Plaintiff, Bedeschi America, Inc. ("Bedeschi"), Mr. David E. Rosengren, apologizes to the Court for failing to initiate the Rule 26(f) Conference within the time to do so. The failure to initiate the Rule 26(f) Conference by the deadline resulted from an inadvertent failure to calendar the date by which to conduct the Rule 26(f) Conference. Should the Court consider the imposition of sanctions under these

circumstances, Attorney Rosengren asks the Court to consider that he has been practicing before the state and federal bars in the State of Connecticut since 1981 and has not missed a deadline without an extension of time nor been sanctioned for any form of misconduct.

2. As soon as reasonably possible upon receipt of the Court's Rule 26(f) Notice, counsel for Bedeschi arranged for the parties to conduct a Rule 26(f) Conference, which occurred on June 20, 2014.

3. On June 23, 2014, the Court granted [electronic docket entry no. 31] the parties' June 20, 2014 Joint Motion for Extension of Time to File the Parties' Fed. R. Civ. P. 26(f) Report [electronic docket entry no. 30], moving the deadline to file the report to July 18, 2014.

4. Counsel for the parties are in the process of drafting the Report of Parties' Planning Meeting, which the parties plan to file on or before the July 18, 2014 deadline.

5. Although the parties conducted the Rule 26(f) Conference beyond the deadline to do so, through inadvertences, conducting the Rule 26(f) Conference on June 20, 2014 permitted counsel of record for all parties to participate in the conference and will permit the parties to file a report that contemplates deadlines and issues relevant to all parties of record, including the Third-Party Defendant, Leidos Constructors, LLC f/k/a SAIC Constructors, LLC., who appeared by counsel on June 18, 2014.

WHEREFORE, the parties respectfully request that the Court not impose sanctions as a result of the failure of the parties to comply timely with Local Rule 26(f).

2

PLAINTIFF
BEDESCHI AMERICA, INC.

By: /s/ David E. Rosengren
    David E. Rosengren (ct05629)
    Frank A. Sherer III (ct27149)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    One State Street, 14th Floor
    Hartford, CT 06103-3102
    drosengren@mdmc-law.com
    fsherer@mdmc-law.com
    Tel    (860) 522-5175
    Fax    (860) 522-2796

    Marcus M. Maples (*phv*)
    Sirote & Permutt, PC
    2311 Highland Avenue South
    Birmingham, AL 35205-2972
    mmaples@sirote.com
    Tel    (205) 930-5100
    Fax    (205) 930-5101

DEFENDANT/THIRD-PARTY PLAINTIFF
AGRI SYSTEMS, INC. d/b/a ASI INDUSTRIAL

By: /s/ Jared Cohane
    Timothy T. Corey (ct00398)
    Jared Cohane (ct24265)
    Hinckley Allen
    20 Church Street
    Hartford, CT 06103
    tcorey@hinckleallen.com
    jcohane@hinckleallen.com
    Tel    (860) 331-2720
    Fax    (860) 278-3802

    A. J. Manion (*phv*)
    Manion Stigger LLP
    20 N.W. First Street, Suite 200
    Evansville, IN 47708
    ajmanion@manionstigger.com
    Tel    (812) 425-5200
    Fax    (812) 425-2464

THIRD-PARTY DEFENDANT
LEIDOS CONSTRUCTORS, LLC f/k/a
SAIC CONSTRUCTORS, LLC

By: /s/ Melissa A. Federico
    Michael J. Donnelly (ct07974)
    Melissa A. Federico (ct28278)
    Murtha Cullina LLP
    CityPlace I – 29th Floor
    185 Asylum Street
    Hartford, CT  06103
    mdonnelly@murthalaw.com
    mfederico@murthalaw.com
    Tel    (860) 240-6000
    Fax   (860) 240-6150

    Jeffrey A. Kennard (*phv*)
    Scharnhorst Ast Kennard Griffin, PC
    1100 Walnut Street, Suite 1950
    Kansas City, MO  64106-2197
    jkennard@sakg.com
    Tel    (816) 268-9403
    Fax   (816) 268-9409

FAS/B1075/1001/1225271v1
07/10/14-HRT/LFG

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electric filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/    David E. Rosengren
            David E. Rosengren

FAS/B1075/1001/1225271v1
07/10/14-HRT/LFG