UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEDESCHI AMERICA, INC.,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. 3:14-cv-00351-MPS<br>) |
| AGRI SYSTEMS, INC. d/b/a ASI<br>INDUSTRIAL<br>    Defendant and<br>    Third-Party Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| LEIDOS CONSTRUCTORS, LLC f/k/a SAIC<br>CONSTRUCTORS, LLC<br>    Third-Party Defendant | )<br>)    JULY 18, 2014<br>) |

### DISMISSAL WITHOUT PREJUDICE OF THE THIRD-PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT LEIDOS CONSTRUCTORS, LLC f/k/a SAIC CONSTRUCTORS, LLC

Defendant/Third-Party Plaintiff Agri-Systems d/b/a ASI Industrial ("ASI") pursuant to Federal Rule of Civil Procedure 41(c)(1), hereby voluntarily dismisses the Third-Party Complaint asserted against the Third-Party Defendant, Leidos Construction, LLC f/k/a SAIC Constructors, LLC ("Leidos") without prejudice and without costs or attorneys' fees to either party. In support hereof ASI avers as follows:

1. On or about May 21, 2014, ASI filed a Third-Party Complaint against Leidos. [Dk. Entry No. 19]

2. On or about June 18, 2014, counsel for Leidos filed an appearance with this Court. [Dk. Entry No. 25]

3. As of the date of this pleading, Leidos has not filed a responsive pleading.

52610276 v2

4. Pursuant to Federal Rule of Civil Procedure 41(c)(1), ASI hereby voluntarily dismisses its Third-Party Complaint against Leidos, without prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

DEFENDANT: AGRI SYSTEMS, INC.
d/b/a ASI INDUSTRIAL


By:/s/  Jared Cohane ct24264          /
Timothy T. Corey (ct00398)
Jared Cohane (ct24264)
 Hinckley, Allen & Snyder LLP
  20 Church Street
  Hartford, CT  06103
  Tel:  (860) 331-2724
  Fax:  (860) 331-2725
  E-mail:  jcohane@hinckleyallen.com


By:/s/   A.J. Manion                  /
           A.J. Manion (*Pro Hac Vice*)
  Manion Stigger LLP
  20 N.W. First Street, Suite 200
  Evansville, IN 44708
  Tel: (821) 425-5200
  Fax: (812) 425-2464
  Email:  ajmanion@manionstigger.com

## **CERTIFICATION**

I hereby certify that on July 18, 2014 a copy of the foregoing was filed electronically and served by first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/      Jared Cohane ct24264           /
Jared Cohane