UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEDESCHI AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:14-cv-00351-MPS |
| | ) | |
| v. | ) | |
| | ) | |
| AGRI SYSTEMS, INC. d/b/a ASI INDUSTRIAL, | ) ) | |
| | ) | |
| Defendant. | ) | September 22, 2014 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 24, 2014, the parties jointly submit this status report in advance of the September 29, 2014 Telephonic Status Conference.

A.  **STATUS OF CASE**

At this time there are no pending or anticipated motions, and there exist no circumstances which may potentially interfere with the parties' compliance with the scheduling order.

On August 15, 2014, the Plaintiff, Bedeschi America, Inc. ("Bedeschi"), served the Defendant, Agri Systems, Inc. d/b/a ASI Industrial ("ASI"), with interrogatories, requests for production and requests for admissions. On September 12, 2014, ASI responded and/or objected to the requests for admissions. Today, the undersigned counsel for Bedeschi received ASI's responses and/or objections to Bedeschi's interrogatories and requests for production. ASI has not propounded any written discovery on Bedeschi. No depositions have been taken to date. Per the Court's Scheduling Order, the parties have until January 1, 2015 to complete discovery.

No experts have been disclosed yet. Bedeschi has until January 30, 2015 to serve its expert reports, and all depositions of Bedeschi's experts are to be completed by February 27, 2015. ASI has until February 27, 2015 to serve its expert reports, and all depositions of ASI's experts are to be completed by March 31, 2015.

**B.    SETTLEMENT INTEREST**

The parties are scheduled for a settlement conference with Magistrate Judge Garfinkle on November 5, 2014.

**C.    CONSENT TO MAGISTRATE JUDGE**

The parties do not consent to a trial before a magistrate judge.

**D.    ESTIMATED TRIAL TIME**

At this point, the parties estimate that a trial in this matter would take approximately 2 days.

The parties will continue to work cooperatively to move this case towards a resolution.

PLAINTIFF
BEDESCHI AMERICA, INC.

By: /s/ David E. Rosengren
    David E. Rosengren (ct05629)
    Frank A. Sherer III (ct27149)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    One State Street, 14th Floor
    Hartford, CT  06103-3102
    drosengren@mdmc-law.com
    fsherer@mdmc-law.com
    Tel    (860) 522-5175
    Fax    (860) 522-2796

    Marcus M. Maples (*phv*)
    Sirote & Permutt, PC
    2311 Highland Avenue South
    Birmingham, AL  35205-2972
    mmaples@sirote.com
    Tel    (205) 930-5100
    Fax    (205) 930-5101

DEFENDANT
AGRI SYSTEMS, INC. d/b/a ASI INDUSTRIAL

By: /s/ Jared Cohane
    Timothy T. Corey (ct00398)
    Jared Cohane (ct24265)
    Hinckley Allen
    20 Church Street
    Hartford, CT  06103
    tcorey@hinckleyallen.com
    jcohane@hinckleyallen.com
    Tel    (860) 331-2720
    Fax    (860) 278-3802

    A. J. Manion (*phv*)
    Manion Stigger LLP
    20 N.W. First Street, Suite 200
    Evansville, IN  47708
    ajmanion@manionstigger.com
    Tel    (812) 425-5200
    Fax    (812) 425-2464

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electric filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/     David E. Rosengren
David E. Rosengren